FILED

OCT 23 2009

CLE...
NORTH... ...RNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-09-00952 -JF (PVT) |
| ) | |
| Plaintiff, ) | [PROPOSED] ORDER PERMITTING |
| ) | BRENDAN PATRICK McCLORY- |
| vs. ) | MAGUIRE TO ATTEND HIS BROTHER'S |
| ) | BIRTHDAY PARTY AT 5102 BARLCAY |
| BRENDAN PATRICK McCLORY- ) | PLACE, SAN JOSE, CALIFORNIA |
| MAGUIRE, ) | |
| ) | HON: PATRICIA V. TRUMBULL |
| Defendant. ) | |

**ORDER**

GOOD CAUSE APPEARING, it is hereby ordered as follows:

The Order Setting the Conditions of Release issued by the Court on October 14, 2009, is modified to permit Brendan Patrick McClory-Maguire, who currently lives at 1255 Saratoga Avenue, San Jose, California, to attend his brother's birthday party at 5102 Barlcay Place, San Jose, California, from October 24, 2009, at 9:00 p.m., returning to his residence on October 25, 2009, at 3:00 a.m.

ORDER PERMITTING TRAVEL
CR-08-00866 -JW (RS)                                1

1  All other conditions of release ordered on October 14, 2009, remain in full force and
2  effect.

3  Dated: October 23, 2009

4  _____
   **HON. PATRICIA V. TRUMBULL,**
5  United States Magistrate Judge

ORDER PERMITTING TRAVEL
CR-08-00866-JW (RS)                         2