JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN STRETCH (CSBN 163973)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1801950)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5053
   FAX: (408) 535-5066
   Thomas.M.OConnell@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 09-952 - JF |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER EXCLUDING TIME AND |
| ) | CONTINUING STATUS HEARING |
| BRENDAN PATRICK MCCLORY- ) | |
| MAGUIRE, ) | |
| ) | SAN JOSE VENUE |
| Defendant, ) | |
| ) | |

    The parties in this case, through their respective counsel, hereby stipulate and agree that the status conference set for February 11, 2010, be continued until March 11, 2010 at 9:00 a.m. in order for counsel for defendant and the Government to conduct further investigation. In addition, the parties stipulate that an exclusion of time under the Speedy Trial Act from December 2, 2009 when present counsel first appeared in the case, until March 11, 2010, is

//

//

1  appropriate based on the defendant's need for effective preparation of counsel.

3  SO STIPULATED:                          JOSEPH P. RUSSONIELLO
                                           United States Attorney

5  DATED: 2/10/10                          _____/s/_____
                                           THOMAS M. O'CONNELL
                                           Assistant United States Attorney

7  DATED: 2/10/10                          _____/s/_____
                                           PATRICK CLANCY
                                           Counsel for MCCLORY

11     Accordingly, for good cause shown, and by stipulation of the parties, the Court HEREBY ORDERS that the status conference set for February 11, 2010, be continued until March 11, 2010 at 9:00 a.m., and that time be excluded under the Speedy Trial Act from December 2, 2009 until March 11, 2010.  The Court finds, based on the aforementioned reasons, that the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial.  The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

DATED: 2/12/10                             _____
                                           JEREMY FOGEL
                                           United States District Judge

STIPULATION AND [PROPOSED] ORDER
NO. CR 09-952 - JF                         2